Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorneys for Plaintiff
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, <br><br> Plaintiff, <br><br> vs. <br><br> LUZ PATRICIA NAVARRO dba CINCO DE MAYO RESTAURANT, et al., <br><br> Defendants. | No. 3:17-cv-00676-JST <br><br> **STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION REQUIRED BY GENERAL ORDER 56; [PROPOSED] ORDER** |

Plaintiff, Francisca Moralez ("Plaintiff"), and Defendants, Luz Patricia Navarro dba Cinco de Mayo Restaurant; Douglas W. Knight; Katherine K. Robbins, Trustee of the Katherine K. Robbins Trust dated February 2, 2001; Julienne Lemoine; and James M. Lemoine (collectively "Defendants," and together with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1. This action arises out of Plaintiff's claims that Defendants denied her full and equal access to their public accommodation on account of her disability in violation of Title III of the Americans with Disabilities Act ("ADA") and parallel California law. Plaintiff seeks injunctive relief under federal and California law, as well as damages under California law. This matter therefore proceeds under this district's General Order 56 which governs ADA access matters.

2. The Court has ordered that the Parties conduct a joint site inspection of the subject property on or before May 25, 2017 (Dkt. 4).

3. Counsel for Defendants is unavailable to conduct the joint site inspection prior to the May 25, 2017 deadline.

4. The Parties and their counsel have agreed to conduct the joint site inspection on June 20, 2017 at 11:00 a.m.

5. Accordingly, the Parties stipulate to extend the deadline to conduct the joint site inspection, to June 20, 2017.

**IT IS SO STIPULATED.**

Dated: April 26, 2017     MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff,
Jose Trujillo

Dated: April 26, 2017     VAUGHAN & ASSOCIATES

*/s/ Cris C. Vaughan*
Cris C. Vaughan
Attorneys for Defendants
Luz Patricia Navarro dba Cinco de Mayo Restaurant; Douglas W. Knight; Katherine K. Robbins, Trustee of the Katherine K. Robbins Trust dated February 2, 2001; Julienne Lemoine; and James M. Lemoine

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for the Parties to complete the joint site inspection is extended to June 20, 2017, with all dates triggered by that deadline continued accordingly.

**IT IS SO ORDERED**.

Dated: April 26, 2017

_____
United States District Judge