Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorneys for Plaintiff
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 3:17-cv-00676-JST |
| Plaintiff, | **SECOND STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION REQUIRED BY GENERAL ORDER 56; [PROPOSED] ORDER** |
| vs. | |
| LUZ PATRICIA NAVARRO dba CINCO DE MAYO RESTAURANT, et al., | |
| Defendants. | |

Plaintiff, Francisca Moralez ("Plaintiff"), and Defendants, Luz Patricia Navarro dba Cinco de Mayo Restaurant; Douglas W. Knight; Katherine K. Robbins, Trustee of the Katherine K. Robbins Trust dated February 2, 2001; Julienne Lemoine; and James M. Lemoine (collectively "Defendants," and together with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1. This action arises out of Plaintiff's claims that Defendants denied her full and equal access to their public accommodation on account of her disability in violation of Title III of the Americans with Disabilities Act ("ADA") and parallel California law. Plaintiff seeks injunctive relief under federal and California law, as well as damages under California law. This matter therefore proceeds under this district's General Order 56 which governs ADA access matters.

2. The Parties previously stipulated, and the Court has ordered, that the Parties conduct a joint site inspection of the subject property on or before June 20, 2017 (Dkt. 22).

3. The Parties have been working together cooperatively to seek an informal resolution of this matter. To this end, the Parties are circulating a draft settlement agreement, and are in the process of approving and/or revising the language of the agreement and coming to an agreement on the monetary terms of settlement.

4. The Parties wish additional time to finalize settlement without the need to conduct the joint site inspection, in order to minimize the additional expenditure of attorneys' fees and costs.

5. The Parties have agreed to conduct the joint site inspection on July 12, 2017 at 12:00 p.m. unless a settlement is reached prior to that date.

6. Accordingly, the Parties stipulate to extend the deadline to conduct the joint site inspection to July 12, 2017.

**IT IS SO STIPULATED.**

Dated: June 20, 2017             MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff,
Jose Trujillo

Dated: June 20, 2017             VAUGHAN & ASSOCIATES

*/s/ Cris C. Vaughan*
Cris C. Vaughan
Attorneys for Defendants
Luz Patricia Navarro dba Cinco de Mayo Restaurant; Douglas W. Knight; Katherine K. Robbins, Trustee of the Katherine K. Robbins Trust dated February 2, 2001; Julienne Lemoine; and James M. Lemoine

# **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for the Parties to complete the joint site inspection is extended to July 12, 2017, with all dates triggered by that deadline continued accordingly. The Court is unlikely to grant any further extensions.

**IT IS SO ORDERED**.

Dated: June 21, 2017

_____
United States District Judge