Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorney for Plaintiff
Francisca Moralez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>LUZ PATRICIA NAVARRO dba CINCO DE MAYO RESTAURANT, et al.,<br><br>    Defendants. | No. 3:17-cv-00676-JST<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED** by and between Francisca Moralez ("Plaintiff"), and Defendants, Luz Patricia Navarro dba Cinco de Mayo Restaurant; Douglas W. Knight; Katherine K. Robbins, Trustee of the Katherine K. Robbins Trust; Julienne Lemoine; and James M. Lemoine ("Defendants," and together with Plaintiff, "the Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by Court order, and is not prejudicial to Defendants, the product of undue delay, proposed in bad faith, or futile.

**IT IS FURTHER STIPULATED** that Plaintiff will file her First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'

1 | response thereto shall be filed within fourteen (14) days after the First Amended Complaint is
2 | filed.
3 | **IT IS SO STIPULATED**.
4 | Dated: March 8, 2018                    MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff,
Francisca Moralez

Dated: March 8, 2018                    VAUGHAN & ASSOCIATES

*/s/ Cris C. Vaughan*
Cris C. Vaughan
Attorneys for Defendants
Luz Patricia Navarro dba Cinco de Mayo Restaurant; Douglas W. Knight; Katherine K. Robbins, Trustee of the Katherine K. Robbins Trust; Julienne Lemoine; and James M. Lemoine

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff
Francisca Moralez

# **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file her First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO ORDERED**.

Dated: March 12, 2018

HON. JON S. TIGAR
United States District Judge